1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PETER MANCINI, an individual, | Case No: 3:25-cv-00022-ART-CSD |
| Plaintiff, | |
| vs. | **ORDER GRANTING** |
| THE AMES COMPANIES, INC., a Delaware corporation; and Does 1 through 50, inclusive, | **STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE** |
| Defendants. | |

    IT IS HEREBY STIPULATED, by and between Plaintiff Peter Mancini ("Plaintiff") and Defendant The Ames Companies, Inc., by and through their respective undersigned counsel, that all claims Plaintiff had or may have had against Defendant, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed, with prejudice, in their entirety.

/ / /

/ / /

/ / /

- 1 -

All parties to bear their own attorneys' fees, costs and expenses.

DATED this 10th day of September, 2025.      DATED this 10th day of September, 2025.

SUTTON HAGUE LAW CORPORATION, P.C.            OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Brady Briggs*                            /s/ *Courtney K. Lee*

S. Brett Sutton                               Suzanne L. Martin
Nevada Bar No. 12109                          Nevada Bar No. 8833
Jared Hague                                   Courtney Lee
Nevada Bar No. 12761                          Nevada Bar No. 8154
Brady Briggs                                  Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Nevada Bar No. 15020                          10801 W. Charleston Blvd.
Kelsey Gunderson                              Suite 500
Nevada Bar No. 15238                          Las Vegas, NV  89135
5250 N. Palm Avenue                           Telephone:  702.369.6800
Suite 222                                     Fax:  702.369.6888
Fresno, CA 93704

                                              *Attorneys for Defendant The Ames Companies, Inc.*

*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

_____
Anne R. Traum, United States District Judge

September 11, 2025
DATE

- 2 -